appellants. L. J. Vorhaus, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re EDWARDS. (Supreme Court, Apellate Division, Third Department. November 14, 1906.) In the matter of Esther Edwards, an incompetent person. Benjamin W. Knower, as special guardian of said incompetent, appellant. Albert P. Stevens, as committee of said incompetent, respondent.

PER CURIAM. Judgment unanimously affirmed, without costs. See 97 N. Y. Supp. 185.

COCHRANE, J., not sitting.

---

EGGERS, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by George W. Eggers against the Metropolitan Life Insurance Company. A. W. Otis, for appellant. C. N. Bovee, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

EHRENHOUSER v. ROSENTHAL. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Leah Ehrenhouser against Marcus Rosenthal. No opinion. Motion granted, with $10 costs. Order filed.

---

EIGHTH WARD BANK OF BROOKLYN, Respondent, v. McLOUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by the Eighth Ward Bank of Brooklyn against James McLoughlin and Charles F. McLoughlin, as executors of the last will and testament of John McLoughlin, deceased. No opinion. Motion for reargument denied.

---

ELLWOOD v. MILLANG et al. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Athenaise D. Ellwood against Charles Millang and another. No opinion. Motion denied upon conditions stated in order. Order filed.

---

ENGEL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Johanna Engel, formerly Johanna Mayer, against Eugene B. Howell, as receiver, etc. No opinion. Judgment and order affirmed, with costs.

---

EPSTEIN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Henry Epstein against the New York City Railway Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the trial court erroneously instructed the jury that upon the facts as claimed by the plaintiff there was a presumption that the defendant was guilty of negligence, which it was called upon to rebut or overcome.

---

ESSEWEIN, Respondent, v. UNION RY. CO. OF NEW YORK., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Louis Essewein against the Union Railway Company of New York. E. D. O'Brien, for appellant. J. S. L'Amoreaux, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $3,650.48; in which event, judgment as modified and order affirmed, without costs. Settle order on notice.

---

ESTABROOK v. SOMMERVILLE. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by William B. Estabrook against William B. Sommerville. No opinion. Order affirmed, with $10 costs and disbursements.

---

ESTEE v. ADLER et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Tully C. Estee against Moses A. Adler and others. No opinion. Motion to dismiss appeal denied on appeal, on payment of $10 costs. Order filed.

---

In re FABER. (Supreme Court, Appellate Division, First Department. November 16, 1906.) In the matter of Henry E. Faber. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FARMER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Florence Farmer, as, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event. Held that, upon the evidence, the plaintiff, as matter of law, failed to show freedom from contributory negligence.

SPRING and KRAUSE, JJ., dissent.

---

FARRELL, Appellant, v. BAKER, Respondent. SAME, Appellant, v. HACKETT, Respondent. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) Actions by Edward A. Farrell against Robert Baker and Charles A. Hackett.

PER CURIAM. The determination of these appeals must abide the event of the appeal being heard today by the Court of Appeals. If the decision in the First Department is affirmed, these orders must be reversed. If that decision is reversed, these orders must be affirmed. If the Court of Appeals declines to determine the controversy on the merits, leaving the decision in the First Department undisturbed, this court will, as matter of uniformity, follow the decision of this court in its First Department. No costs. Settle order before the presiding justice. See 100 N. Y. Supp. 754.